JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-6394

Attorneys for Plaintiff

**FILED**

JUN 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR 09-00920 MAG |
| Plaintiff, | |
| vs. | MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |
| RAFAEL M. RAMIREZ, | |
| Defendant. | |

1. The United States moves that all charges in the Information filed in the above captioned case on September 18, 2009, be dismissed.

2. The United States makes this motion in the interests of Justice.

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                  /s/ Robert N. Michaels
                                  ROBERT N. MICHAELS
                                  Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __6/15__ 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge